IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KRISTI CLAYTON, ) | |
| ) | Civil Action |
| Plaintiff, ) | No. 1:16-cv-02456-CAP |
| v. ) | |
| ) | |
| ZONE HOLDINGS, LLC d/b/a WING ) | JURY TRIAL DEMANDED |
| ZONE, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Kristin Clayton and Defendant Zone Holdings, LLC d/b/a Wing Zone, by and through undersigned counsel, and dismisses her claims with prejudice against Zone Holdings, LLC d/b/a Wing Zone. The parties request that the Court dismiss this matter with prejudice, each party to bear its own costs and attorney's fees, except as provided in the parties' settlement agreement.

Respectfully submitted the 2nd day of December, 2016.

| | |
|---|---|
| /s/ V. Severin Roberts | /s/ Gordon M. Berger |
| V. Severin Roberts | Gordon M. Berger |
| Georgia Bar No. 940504 | Georgia Bar No. 054304 |
| severin@justiceatwork.com | gberger@fordharrison.com |
| **Barrett & Farahany** | Patrick L Ryan |
| 1100 Peachtree Street NE, Suite 500 | Georgia Bar No. 269833 |
| Atlanta, GA 30309 | pryan@fordharrison.com |
| Phone: 404-214-0120 | **FordHarrison LLP** |
| Facsimile: 404-214-0125 | 271 17th Street NW, Suite 1900 |

*Attorney for Plaintiff*
*Kristi Clayton*

Atlanta, GA  30363
*Attorneys for Defendant*
Phone:  404-888-3800
Facsimile:  404-832-8741
*Attorneys for Defendant*
*Zone Holdings, LLC d/b/a Wing Zone*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KRISTI CLAYTON, ) | |
| ) | Civil Action |
| Plaintiff, ) | No. 1:16-cv-02456-CAP |
| v. ) | |
| ) | |
| ZONE HOLDINGS, LLC d/b/a WING ) | JURY TRIAL DEMANDED |
| ZONE, ) | |
| ) | |
| Defendant. ) | |

_____

## CERTIFICATE OF SERVICE

I certify that on December 2, 2016, I filed the foregoing **Joint Stipulation of Dismissal with Prejudice** with the clerk of Court using the CM/ECF system which will automatically send e-mail notification to the following attorneys of record:

       Gordon M. Berger
       Patrick L. Ryan
       FordHarrison LLP
       271 17th Street NW, Suite 1900
       Atlanta, GA  30363

                    /s/ V. Severin Roberts
                    V. Severin Roberts, Esq.
                     Georgia Bar No. 940504